**DISMISS and Opinion Filed November 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01381-CV

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS-BUCKEYE TRAILS COMMONS, Appellant**
**V.**
**MICHELLE CARELL AND ALL OTHER OCCUPANTS, Appellee**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-19-024-46-D

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Osborne

Before the Court is appellant's November 19, 2019 motion to dismiss the appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191381F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS-BUCKEYE TRAILS COMMONS, Appellant

No. 05-19-01381-CV　　V.

MICHELLE CARELL AND ALL OTHER OCCUPANTS, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-024-46-D.
Opinion delivered by Justice Osborne, Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered November 22, 2019